# CHART OF MISSING COURT DOCUMENTS

| Image No. | Title | Date | Pages |
|---|---|---|---|
| 76598339 | DISMISSED ON DEFENDANT'S MOTION ORDER SIGNED GRANTING PLEA TO JURISDICTION | 9/7/2017 | 1 |
| 76043760 | Proposed Order | 7/24/2017 | 1 |
| 76598339 | ORDER SIGNED GRANTING PLEA TO JURISDICTION | 9/7/2017 | 1 |
| 76043760 | Proposed Order | 7/24/2017 | 1 |
| 76515136 | Notice of Acceptance of Lack of Jurisdiction with Attached Memorandum of Law and Supplemental Order | 8/25/2017 | 3 |
| ·> 76515138 | Exhibit C | 8/25/2017 | 5 |
| ·> 76515137 | Proposed Supplemental Order of the Court | 8/25/2017 | 1 |
| 76515140 | Memorandum of Law | 8/25/2017 | 11 |
| ·> 76515141 | Exhibit B | 8/25/2017 | 2 |
| 76515201+ | Exhibits Showing Lack of Consistency, Fraud, Falsification of Documents, Perjury and Violation of Oaths within the ARB, HCAD and Attorneys | 8/25/2017 | 8 |
| ·> 76515195+ | Exhibit Bible | 8/25/2017 | 3 |
| ·> 76515196 + | Tax Year 2012 | 8/25/2017 | 22 |
| ·> 76515197 + | Tax Year 2013 | 8/25/2017 | 12 |
| ·> 76515198 + | Tax Year 2014 | 8/25/2017 | 8 |
| ·> 76515199 + | Tax Year 2015 | 8/25/2017 | 28 |
| ·> 76515200 + | Tax Year 2016 | 8/25/2017 | 18 |
| 76519063* | Exhibits Showing Lack of Consistency, Fraud, Falsification of Documents, Perjury, and Violation of Oaths Within the ARB, HCAD and Attorneys | 8/25/2017 | 8 |
| ·> 76519064* | Exhibit 01 | 8/25/2017 | 3 |
| ·> 76519065 * | Exhibit 02 | 8/25/2017 | 22 |
| ·> 76519066 * | Exhibit 03 | 8/25/2017 | 12 |
| ·> 76519067 * | Exhibit 04 | 8/25/2017 | 8 |
| ·> 76519068 * | Exhibit 05 | 8/25/2017 | 28 |
| ·> 76519069 * | Exhibit 06 | 8/25/2017 | 18 |
| ·> 76519070** | Exhibit 07 | 8/25/2017 | 10 |
| 75111189 | Affidavit of Indigence | 5/16/2017 | 6 |

* records are a duplicate of the records with a +

** this record is actually titled Tax Year 2017 and should have been included under document 76515201